IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

FILED IN OPEN COURT

SEP 2 2 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:16cr 131 |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. § 846 |
| KENYATTA ADAMS, | ) | Conspiracy to Distribute and Possess with |
| a/k/a "Fubby," | ) | Intent to Distribute Controlled Substances |
| | ) | (Count 1) |
| Defendant. | ) | |
| | ) | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); |
| | ) | 18 U.S.C. § 2 |
| | ) | Distribution of a Controlled Substance |
| | ) | (Count 2) |
| | ) | |
| | ) | 21 U.S.C. §§ 860, 841(a)(1), 841(b)(1)(C); |
| | ) | 18 U.S.C. § 2 |
| | ) | Distribution of a Controlled Substance |
| | ) | Within 1,000 Feet of an Elementary School |
| | ) | (Count 3) |
| | ) | |
| | ) | 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, |
| | ) | 28 U.S.C. § 2461 |
| | ) | Criminal Forfeiture |

## INDICTMENT

SEPTEMBER 2016 TERM – at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From in or about early 2014 to in or about December 2015, the exact dates to the grand jury being unknown, within the Eastern District of Virginia, the defendant, KENYATTA ADAMS, a/k/a "Fubby," did combine, conspire, confederate, and agree with another person and with other persons, both known and unknown to the grand jury, to commit one or more of the following offenses:

1. To unlawfully and knowingly distribute and possess with intent to distribute 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); and

2. To unlawfully and knowingly distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## WAYS, MANNER AND MEANS OF THE CONSPIRACY

1. It was part of the conspiracy for ADAMS, a member of the "Corna Sto Boys," to sell crack cocaine near the same location at which other members of the Corna Sto Boys sold drugs. One of the main locations at which members of the group sold drugs was near the corner of Elm Avenue and Fillmore Street in Portsmouth, Virginia, across the street from the property of Brighton Elementary School.

2. It was part of the conspiracy for ADAMS to sell or "front" crack cocaine to other members of the Corna Sto Boys and, working with other members of the Corna Sto Boys, to other drug dealers in the Hampton Roads region.

3. It was a part of the conspiracy for ADAMS and other members of the Corna Sto Boys to use lookouts to warn of any police activity near the location at which they were selling drugs.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish one or more of the purposes thereof, at least one of the following overt acts, among others, was committed in the Eastern District of Virginia:

1. From in or about January 2015 to in or about March 2015, ADAMS and separately-indicted co-conspirator L.H. sold separately-indicted co-conspirator G.B. approximately thirty ounces of crack cocaine and powder cocaine, approximately half of which was crack cocaine and half powder cocaine.

2. In or about the summer of 2014, ADAMS sold separately-indicted co-conspirator J.W. approximately two ounces of cocaine.

3. On or about September 17, 2015, ADAMS sold a cooperating witness and an undercover agent an amount of crack cocaine.

4. On or about September 24, 2015, ADAMS sold a cooperating witness an amount of crack cocaine.

(All in violation of Title 21, United States Code, Section 846.)

## COUNT TWO

On or about September 17, 2015, in the City of Portsmouth, in the Eastern District of Virginia, the defendant, KENYATTA ADAMS, a/k/a "Fubby," did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and
Title 18, United States Code, Section 2.)

3

## COUNT THREE

On or about September 24, 2015, in the City of Portsmouth, in the Eastern District of Virginia, the defendant, KENYATTA ADAMS, a/k/a "Fubby," did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance, within 1,000 feet of the real property comprising Brighton Elementary School, a public elementary school.

(In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE TO BELIEVE THAT, AND ALLEGES THAT:

1. The defendant, KENYATTA ADAMS, a/k/a "Fubby," if convicted of any of the violations alleged in Counts One, Two or Three of this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

    a. Any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the violation;

    b. Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation; and

    c. Any firearm or ammunition involved in or used in the violation.

2. If any property that is subject to forfeiture above, as a result of any act or omission of the defendant, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third party, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be divided without difficulty, it is the intention of the United States to seek forfeiture of any other property of the defendant, as subject to forfeiture under Title 21, United States Code, Section 853(p).

(In accordance with Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461.)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

UNITED STATES v. KENYATTA ADAMS
CRIMINAL NO. 2:16CR 131

A TRUE BILL

__Redacted__
FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Andrew Bosse
Joseph DePadilla
Assistant United States Attorneys
John F. Butler
Special Assistant United States Attorney
Attorneys for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number: (757) 441-6331
Facsimile Number: (757) 441-6689
E-mail Addresses:  andrew.bosse@usdoj.gov
    joe.depadilla@usdoj.gov
    john.f.butler@usdoj.gov